## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE GREGORY ELLIOTT,** | ) | |
| | ) | |
| **Petitioner,** | ) | Civil Action No. 13-142 Erie |
| | ) | |
| v. | ) | Chief Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| **JOHN E. WETZEL, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

## ORDER

AND NOW, this **16th day** of **August, 2013**, upon consideration of the fact that Petitioner is currently exhausting his state court remedies with respect to his claim that his judgment of sentence is unconstitutional under Miller v. Alabama, — U.S. — , 132 S.Ct. 2455 (2012), and that Respondents have advised the Court that they do not object to this case being stayed while the Petitioner exhausts his state court remedies [see ECF No. 10], it is **HEREBY ORDERED** that:

(1) this case is **STAYED** and **AMINISTRATIVELY CLOSED** pending the exhaustion of Petitioner's remedies in state court; and,

(2) within 30 days of the completion of the state court proceeding, Petitioner's counsel shall file a motion with this Court in which he requests that the stay in this case be lifted and advises the Court of the outcome of the state court proceeding.

/s   Sean J. McLaughlin
Sean J. McLaughlin
Chief United States District Court Judge
Western District of Pennsylvania